Entered into JDIS by 140 ZZ

RECEIVED
U.S. MARSHALS SERVICE
OCT 31 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL R. ROBITAILLE**

**WARRANT FOR ARREST**

CASE NUMBER: 1:07MJ107A

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL R. ROBITAILLE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information X Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her (brief description of offense)

KNOWINGLY EXECUTING, AND ATTEMPTING TO EXECUTE, A SCHEME OR ARTIFICE TO DEFRAUD A FINANCIAL INSTITUTION, I.E., COMMIT BANK FRAUD

in violation of Title 18 United States Code, Section 1344(1).

| | |
|---|---|
| LINCOLN D. ALMOND | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 10/31/07 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/31/07 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 11/26/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.