CR08-24 ML

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. ______

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

USA vs.

Defendant: MICHAEL R. ROBITAILLE

Addres

**REDACTED**

☐ I

Birth Date

able)

Social

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. ______

Name of Asst. U.S. Attorney (if assigned): PETER F. NERONHA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

______

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

______

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:07-MJ-107A

Place of offense: RHODE ISLAND County

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☑ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ______

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Title 18, United States Code, Section 1344(1) | BANK FRAUD | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Penalties: 30 years imprisonment, | Anticipated Trial Days: 2-3 days | ☐ Felony ☐ Misdemeanor |
| | 5 years supervised release; $1,000,000 fine; | | ☐ Felony ☐ Misdemeanor |
| | $100 special assessment | | ☐ Felony ☐ Misdemeanor |