O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
MAR 18 2008
Property of U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL ROBITAILLE

## WAIVER OF INDICTMENT

CASE NUMBER: CR08-24ML

I, Michael Robitaille, the above named defendant, who is accused of

Bank Fraud, in violation of Title 18, United States Code, Section 1344(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-25-8 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer USMJ