UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-24 ML |
| | ) | |
| MICHAEL ROBITAILLE | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Michael Robitaille, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing date, presently July 21, 2008, for a period of 30 days. Mr. Robitaille submits the attached memorandum in support of this request.

Respectfully submitted
Michael Robitaille
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on June 27, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR 08-24 ML
)
MICHAEL ROBITAILLE )

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Robitaille has moved this Honorable Court to continue his sentencing. The defense asks for this continuance to complete its investigation and evaluation. Mr. Robitaille is currently serving a sentence at the ACI. The government has no objection to this request.

Respectfully submitted
Michael Robitaille
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on June 27, 2008.

/s/ Kevin J. Fitzgerald