UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-24 ML |
| | ) | |
| MICHAEL ROBITAILLE | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Michael Robitaille, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing date, presently August 21, 2008, for a period of two weeks. Mr. Robitaille submits the attached memorandum in support of this request.

Respectfully submitted
Michael Robitaille
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on August 4, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-24 ML |
| | ) | |
| MICHAEL ROBITAILLE | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Robitaille has moved this Honorable Court to continue his sentencing. The defense asks for this continuance to complete our sentencing investigation. We expect an evaluation report of Mr. Robitaille within the next week. Defense counsel will need the requested two weeks to review the report and incorporate it into the sentencing memoranda. Mr. Robitaille is currently serving a sentence at the ACI. The government has no objection to this request.

Respectfully submitted
Michael Robitaille
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on August 4, 2008.

/s/ Kevin J. Fitzgerald