# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR 08-024-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **MICHAEL ROBITAILLE**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **21st** day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****RESCHEDULED from 8/13/08*****

Return unexecuted, court appearance cancelled.

[signature]
Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: July 21, 2008.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** [signature: Barbara Barletta]
***Barbara Barletta - Deputy Clerk***